**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000381
23-JUL-2025
08:46 AM
Dkt. 19 ODSD**

NO. CAAP-25-0000381

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

U.S. NATIONAL ASSOCIATION AS TRUSTEE UNDER
POOLING AND SERVICING AGREEMENT DATED AS OF
DECEMBER 1, 2006 MASTR ASSET BACK SECURITIES
TRUST 2006-HE5 MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2006-HE5, Plaintiff-Appellee, v.
BENJAMIN JAMES AU, Defendant-Appellant,
AND
KEVIN MILLARD AU; WELLS FARGO, BANK N.A.;
DISCOVER BANK; CHILD SUPPORT ENFORCEMENT AGENCY,
STATE OF HAWAII; BENJAMIN JAMES AU, THE TRUSTEE
OF THE KANEAKUA TRUST DATED JANUARY 9TH, 2014, AN
IRREVOCABLE TRUST REGISTERED IN THE FIRST ESTATE
OF KAMEHAMEHA EKAHI, RECORDED AS CERTIFICATE OF
TRUST DOCUMENT NO. A-50721086 IN THE BUREAU OF
CONVEYANCES, CARE OF: TRUSTEE(S) OF THE KANEAKUA TRUST,
BENJAMIN JAMES AU; FIA CARD SERVICES, N.A.;
INTERNATIONAL MONETARY FUND, Defendants-Appellees,
AND
DOE DEFENDANTS 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC151002108)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, and Wadsworth and McCullen, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before May 27, 2025, and June 23, 2025, respectively;

(2) Self-represented Defendant-Appellant Benjamin James Au (Au) failed to file either document, or request an extension of time;

(3) On June 26, 2025, the appellate clerk entered a default notice informing Au that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on July 7, 2025, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Au could request relief from default by motion; and

(4) Au has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, July 23, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge